# DECISIONS PER CURIAM.

JULY 14, 1922, TO MAY 29, 1923.

No. 2817. AMERICAN COLONIAL BANK, APPELLEE, *v.* PEÑA ET AL., APPELLANTS. — District Court of Humacao. Annulment of Deed. Decided July 14. 1922. Neither the bill of exceptions nor the statement of the case having been filed in time nor an extension asked for, the appellee's motion for dismissal is sustained.

No. 2746. SALAMÁN, APPELLANT, *v.* SCHROEDER, APPELLEE. —Second District Court of San Juan. Certiorari. Decided July 20, 1922. Motion for dismissal. It appearing that the transcript was filed on May 9 and that the appellant had not filed his brief either on June 29, the date of the motion, or on July 10, the day it was heard, the motion for dismissal is sustained.

No. 2798. TORRES ET AL., APPELLANTS, *v.* CABALLERO, APPELLEE.—District Court of Arecibo. Decided July 20, 1922. The motion of withdrawal of the appeal filed by the appellants is sustained.

No. 2829. EX PARTE SMITH *v.* SECOND DISTRICT COURT OF SAN JUAN. — Decided July 21, 1922. The motion of withdrawal of the appeal filed by the appellant is sustained.